UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PARAMJIT SINGH BASRA,

            Plaintiff,

v.

RICHARD MORGAN, et al.,

            Defendants.

CASE NO. 3:16-CV-06005 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation [Dkt. #28].

(2)     Since 2012, Plaintiff Basra has not, until now, claimed his denial of face-to-face contact with his daughter compromises his religious practice. He cites no Sikh authority supporting his claim that they must (suddenly) "breathe each other's air." Basra has not shown a

ORDER - 1

denial of his Motion for a Preliminary Injunction [Dkt. #19] will cause him irreparable harm. His motion is **DENIED**.

**DATED** this 30th day of May, 2017.

Ronald B. Leighton
United States District Judge