HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD MORGAN, et al.,<br><br>　　　　　　Defendants. | CASE NO. C16-6005 RBL-JRC<br><br>ORDER ON MOTION FOR<br>APPOINTMENT OF COUNSEL |

THIS MATTER is before the Court on Plaintiff's application for appointment of counsel [Dkt. # 55]. Plaintiff, a *pro se* inmate, contends that he is illiterate and unfamiliar with the legal process and needs appointed counsel to assist him. Plaintiff also asserts that several attorneys and firms have declined to represent him in this matter.

No constitutional right to counsel exists for an indigent plaintiff in a civil case unless the plaintiff may lose his physical liberty if he loses the litigation. *See Lassiter v. Dept. of Social Servs.*, 452 U.S. 18, 25 (1981). However, pursuant to 28 U.S.C. § 1915(e)(1), the Court has the discretion to appoint counsel for indigent litigants who are proceeding IFP. *United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 569 (9th Cir. 1995). The Court will appoint counsel only under "exceptional circumstances." *Id.*; *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th

Cir. 1986). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Wilborn*, 789 F.2d at 1331 (internal quotations omitted). These factors must be viewed together before reaching a decision on whether to appoint counsel under § 1915(e)(1). *Id.*

Under the facts known by the Court, there is no good reason to appoint counsel at taxpayer expense. Plaintiff has been able to articulate his claims and positions without difficulty in his filings, and has not demonstrated a likelihood of success on the merits. Accordingly, Plaintiff's application for appointment of counsel [Dkt. #55] is **DENIED**.

IT IS SO ORDERED.

Dated this 30th day of April, 2018.

Ronald B. Leighton
United States District Judge