HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                Plaintiff,<br>    v.<br><br>RICHARD MORGAN, et al.,<br><br>                Defendants. | CASE NO. C16-6005 RBL<br><br>ORDER DENYING MOTION TO VACATE |

THIS MATTER is before the Court on Plaintiff Paramjit Singh Basra's Motion [Dkt. #70] requesting that the Court vacate its previous order Granting Defendants' Motion for Clarification. Basra mistakenly contends that Defendants' motion for clarification was an untimely motion to alter judgment pursuant to Fed R. Civ. P. 59(e). The Court's order granting partial summary judgment, however, was not a final order terminating the action as to all claims and parties. *See Padfield v. AIG Life Ins. Co.*, 290 F.3d 1121, 1124 (9th Cir. 2002). As the litigation is still ongoing, Defendants were not required to seek relief from judgment under Fed R. Civ. P. 59 or 60. Accordingly, Basra's Motion [Dkt. #70] is **DENIED**.

IT IS SO ORDERED.

Dated this 23rd day of July, 2018.

                                                    Ronald B. Leighton
                                                  United States District Judge