UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICHARD L MORGAN, et al.,<br><br>   Defendants. | CASE NO. C16-6005 RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 96], and the parties' respective objections to it [Dkt. #s 97 and 98].

1. The Report and Recommendation is **ADOPTED** in part. Defendants' Dreyer, Duncan, Hayes and Stewart's Motion for Summary Judgment is **GRANTED** and Plaintiff Basra's claims against them are **DISMISSED** with prejudice**.**

2. Defendant Alpin's Objections to the Report and Recommendation are well-taken. His Motion for Summary Judgment on Basra's Equal Protection claim against him is also **GRANTED,** and that claim is **DISMISSED** with prejudice;

3. If he appeals, Basra's *in forma pauperis* status **will** continue.

1 | The Clerk shall send copies of this Order to the Basra's last known address and to
2 | Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 28th day of February, 2019.

Ronald B. Leighton
United States District Judge